1

2

3

4

5

6

7

8                           **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   FRANCES BROWNE,                    )      No.  EDCV 13-1997-CW
                                        )
12                    Plaintiff,        )      JUDGMENT
                                        )
13             v.                       )
                                        )
14   CAROLYN W. COLVIN, Acting          )
     Commissioner, Social Security      )
15   Administration,                    )
                                        )
16                    Defendant.        )
     _____)

17

18        **IT IS ADJUDGED** that this action is remanded to defendant for

19   further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g)

20   and consistent with the accompanying Decision and Order.

21

22   DATED: July 15, 2014

23

24                                      _____
                                              *Carla M. Woehrle*
25                                         CARLA M. WOEHRLE
                                        United States Magistrate Judge

26

27

28